U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 5 2018

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICKEY GIPSON (#325027),<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-1394-P |
| VERSUS | JUDGE DEE D. DRELL |
| SANDY MCCAIN, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Gipson's claims for relief against the State of Louisiana and Secretary LeBlanc be DENIED and DISMISSED with prejudice under § 1915(e)(2)(b) and § 1915A. Gipson's claims for monetary and injunctive relief against the remaining Defendants will be served pursuant to a separate Court order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25 day of April, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE