RECEIVED
SEP 3 0 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RICKEY WAYNE GIPSON** | **CIVIL ACTION NO. 1:17-CV-01394** |
| **VERSUS** | |
| **JAMES LEBLANC, *ET AL.*** | **JUDGE DEE D. DRELL**<br>**MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 29) is **DENIED**.

**SIGNED** this 30th day of September, 2019, at Alexandria, Louisiana.

**JUDGE DEE D. DRELL**
**UNITED STATES DISTRICT COURT**