RECEIVED
OCT - 4 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RICKEY WAYNE GIPSON** | **CIVIL ACTION NO. 1:17-CV-01394** |
| **VERSUS** | |
| **JAMES LEBLANC, *ET AL.*** | **JUDGE DEE D. DRELL**<br>**MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 29) is **DENIED** and Gipson's complaint against Blaine Villemarette is **DISMISSED WITHOUT PREJUDICE** for failure to effect service of process under Fed.R.Civ.P. 4(m).

**SIGNED** this 4 day of October 2019, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT